# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROY JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  13-1127 (RC) |
| | ) |
| | ) |
| DISTRICT OF COLUMBIA *et al.*, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is this 16th day of September 2013,

**ORDERED** that the Clerk shall prepare and issue summonses for the defendants and provide the summonses and a copy of the complaint to the Marshals Service to effect service of same upon the District of Columbia, the United States, and the individually named defendants.

**SO ORDERED**.

_____/s/_____
RUDOLPH CONTRERAS
United States District Judge